# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Zurich American Insurance Company, as subrogee of CarVal Investors, LLC,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>Firestone Building Products Company, LLC,  )<br><br>Defendant.  ) | Case No. 1:19-cv-71 |

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court on Plaintiff's Motion for Order of Dismissal of Defendant Firestone Building Products Company, LLC with Prejudice, and the Court being fully advised in the premises, hereby GRANTS said Motion and ORDERS that this matter is dismissed *with prejudice* as against Defendants.

3/11/2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record